DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEFREDIEZHA BARBEL,**
Appellant,

v.

**ATLYONS, LLC,**
Appellee.

No. 4D21-3331

[June 9, 2022]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. COCE21-049865.

Nefrediezha Barbel, Coconut Creek, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***